# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION** |
| v. | : |
| | : **16-5545** |
| **CORIZON INC, et al.,** | : |
| **Defendants.** | : |

## O R D E R

**AND NOW**, this 11th day of May, 2017, upon consideration of the defendants' motion to dismiss (Doc. No. 11) and the plaintiff's response in opposition (Doc. No. 12), **IT IS HEREBY ORDERED** that:

1. The defendants' motion to dismiss (Doc. No. 11) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED**.

3. Plaintiff may amend his complaint by filing an amended complaint within fourteen (14) days of the date of this Order.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.